1  DAVID M. HELBRAUN (SBN 129840)
   **HELBRAUN LAW FIRM**
2  351 California Street, Suite 900
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 352-0988
4
   Attorneys for Plaintiff
5  SPENCER SUTTON

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 SPENCER SUTTON,                          )   No. CV 10-4563 SBA
                                            )
11              Plaintiff,                  )
   v.                                       )   STIPULATION AND [PROPOSED]
12                                          )   ORDER CONTINUING NON-EXPERT
   CITY AND COUNTY OF SAN                   )   DISCOVERY CUT-OFF TO SEPTEMBER
13 FRANCISCO, POLICE OFFICER                )   9, 2011
   CHRISTOPHER M. MORRIS, in his            )
14 individual and official capacities,      )
   POLICE OFFICER CRAIG L. LEONG,           )
15 in his individual and official capacities,)
   POLICE OFFICER STEVEN D.                 )
16 FERRAZ, in his individual and official   )
   capacities, and DOES 1-30, Jointly and   )
17 Severally,                               )
                                            )
18              Defendants.                 )

19
        The parties, by and through their respective counsel of record, hereby agree and stipulate as
20 follows:

21      WHEREAS the claims of Plaintiff, who now resides in Portland, involve alleged cognitive

22 disabilities which have complicated counsel's efforts to obtain plaintiff's deposition, which has been

23 commenced, but not completed as of this date, and has been, per Plaintiff's counsel, made more

24 difficult plaintiff's ability to respond to written discovery, as described at length in the Declaration of

25 David M. Helbraun accompanying this Stipulation; and

26      WHEREAS there are numerous non-expert witnesses identified in the case as to liability and

27 damages issues, totaling 21 such disclosed witnesses by Plaintiff and 16 such disclosed witnesses on

28

STIPULATION AND [PROPOSED] ORDER CONTINUING NON-EXPERT DISCOVERY CUT-OFF          Case No. C10-4563 SBA

1  behalf of defendants; and

2      WHEREAS at least 5 of the non-expert witnesses are located outside the State of California,

3  and out-of-state trips are required to take depositions in Washington, Oregon, and New York; and

4      WHEREAS counsel agree that despite due diligence on their part, good cause exists to

5  extend the non-expert discovery cut-off 45 days, to September 9, 2011, and that such an extension

6  would not interfere with the trial date or other pre-trial dates established by the Court and would be

7  in the furtherance of justice;

8      THEREFORE, for all the foregoing reasons, the parties and agree and stipulate that good

9  cause exists to continue the non-expert discovery cut-off date from July 29, 2011 to September 9,

10 2011, and respectfully ask the Court to so enter an Order so providing.

11 DATED:   May 19, 2011     HELBRAUN LAW FIRM

13     /s
    DAVID M. HELBRAUN
    Attorneys for Plaintiff
14     SPENCER SUTTON

16 DATED: May 20, 2011     DENNIS J. HERRERA
    SAN FRANCISCO CITY ATTORNEY

18     /s/
    PETER J. KEITH
    Attorneys for Defendants

20 **IT IS SO ORDERED.**

22 DATED:  5/24/11     HONORABLE SAUNDRA BROWN ARMSTRONG

STIPULATION AND [PROPOSED] ORDER CONTINUING NON-EXPERT DISCOVERY CUT-OFF     Case No. C10-4563 SBA     2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING NON-EXPERT DISCOVERY CUT-OFF
Case No. C10-4563 SBA

3