```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  PETER J. KEITH, State Bar #206482
    MICHAEL GERCHOW, State Bar #245706
 4  Deputy City Attorneys
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3908 (Keith)
 6  Telephone:    (415) 554-3936 (Gerchow)
    Facsimile:    (415) 554-3837
 7  E-Mail:       peter.keith@sfgov.org
    E-Mail:       michael.gerchow@sfgov.org
 8
    Attorneys for Defendants
 9  CITY AND COUNTY OF SAN FRANCISCO,
    OFFICERS CHRISTOPHER M. MORRIS,
10  CRAIG L. LEONG, AND STEVEN D. FERRAZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER SUTTON, | Case No. C10-4563 SBA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING EXPERT DESIGNATION AND DISCOVERY CUT-OFF DATES** |
| CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER M. MORRIS, CRAIG L. LEONG, STEVEN D. FERRAZ, and DOES 1-25, inclusive, | Trial Date:    January 9, 2012 |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby agree and stipulate as follows:

The parties agree and stipulate to continue the expert designation, expert rebuttal, and expert discovery deadlines as follows:

Designation of Experts by plaintiff and defendants from July 29, 2011 to August 29, 2011;

Rebuttal of Experts from August 13, 2011 to September 12, 2011; and

Expert discovery cut-off from September 23, 2011 to September 30, 2011

1  Good cause for this extension exists for the following reasons. Certain of Plaintiff's responses to written discovery were delayed based on agreed extension between the parties. Plaintiff's counsel requested this extension based on Plaintiff's representation that his emotional and cognitive status as well as his distance from San Francisco slowed his response time. As a result of this delay, Defendants require additional time to subpoena documents based on Plaintiff's responses. Defendants will then need to analyze whether additional expert opinion is required. This extension would not interfere with the trial date or other pre-trial dates established by the Court and would be in furtherance of justice.

Therefore, the parties agree and stipulate that good cause exists to continue the expert designation date to August 29, 2011; the disclosure of rebuttal experts until September 12, 2011; and the expert discovery cut-off until September 30, 2011.

Dated: June 28, 2011

HELBRAUN LAW FIRM

By: _____//s//_____
    DAVID M. HELBRAUN

Attorneys for Plaintiff
SPENCER SUTTON

Dated: June 28, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
MICHAEL GERCHOW
Deputy City Attorneys

By: _____//s//_____
    MICHAEL GERCHOW

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
OFFICERS CHRISTOPHER M. MORRIS,
CRAIG L. LEONG, AND STEVEN D. FERRAZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/27/11

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE