1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  PETER J. KEITH, State Bar #206482
   MICHAEL GERCHOW, State Bar #245706
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3908 (Keith)
6  Telephone:    (415) 554-3936 (Gerchow)
   Facsimile:    (415) 554-3837
7  E-Mail:       peter.keith@sfgov.org
   E-Mail:       michael.gerchow@sfgov.org
8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   OFFICERS CHRISTOPHER M. MORRIS,
10 CRAIG L. LEONG, AND STEVEN D. FERRAZ

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 | SPENCER SUTTON,                              | Case No. C10-4563 SBA
15 |     Plaintiff,                               |
16 |     vs.                                      | **STIPULATION AND ORDER CONTINUING FRCP RULE 26 REPORT DEADLINE TO SEPTEMBER 6, 2011**
17 | CITY AND COUNTY OF SAN
   | FRANCISCO, CHRISTOPHER M. MORRIS,
18 | CRAIG L. LEONG, STEVEN D. FERRAZ,            | Trial Date:           January 9, 2012
   | and DOES 1-25, inclusive,
19 |
   |     Defendants.
20
        The parties, by and through their respective counsel of record, hereby agree and stipulate to
21
   continue the deadline for Federal Rules of Civil Procedure Rule 26 designated expert reports from
22
   August 29, 2011 to September 6, 2011, good existing due to certain expert's summer vacation and
23
   Labor Day schedules.  No other trial or pretrial deadlines are modified by this order.
24
        Dated: July 26, 2011                  HELBRAUN LAW FIRM
25
                                              By:_____/s/_____
26                                                DAVID M. HELBRAUN

27                                            Attorneys for Plaintiff
                                              SPENCER SUTTON
28

Stipulation and [Proposed] Order to Extend FRCP Rule      1              CASE NO. C10-4563 SBA
26 Reports Deadline

| | |
|---|---|
| Dated: July 26, 2011 | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>PETER J. KEITH<br>MICHAEL GERCHOW<br>Deputy City Attorneys |
| | By:_____/s/_____<br>   MICHAEL GERCHOW<br>   Attorneys for Defendants<br>   CITY AND COUNTY OF SAN FRANCISCO<br>   OFFICERS CHRISTOPHER M. MORRIS,<br>   CRAIG L. LEONG, AND STEVEN D. FERRAZ |

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 25, 2011

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE