UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPENCER SUTTON, | Case No: C 10-4563 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Upon review of Defendants' Administrative Motion to Continue the Trial Date, and good cause appearing, IT IS HEREBY ORDERED THAT Defendants' motion to continue the trial and all pretrial deadlines because of the motion to withdraw of Plaintiff's counsel is GRANTED. All trial and pretrial dates are VACATED. A telephonic Case Management Conference is scheduled for November 2, 2011 at 2:45 p.m., which is two weeks following the October 18, 2011 hearing on the motion of Plaintiff's counsel to withdraw. At the Case Management Conference, new trial and pretrial dates will be scheduled. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call. On the

//

//

//

1 | specified date and time for the Case Management Conference, Plaintiff shall call (510) 637-
2 | 3559 with all parties on the line.
3 |       IT IS SO ORDERED.

5 | Dated: August 4, 2011
6 |                                                     _____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge