DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
BLAKE LOEBS, State Bar # 145790
MICHAEL GERCHOW, State Bar #245706
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-9657 (Loebs)
Telephone: (415) 554-3936 (Gerchow)
Facsimile: (415) 554-3837
E-Mail: blake.loebs@sfgov.org
E-Mail: michael.gerchow@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
OFFICERS CHRISTOPHER M. MORRIS,
CRAIG L. LEONG, AND STEVEN D. FERRAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER SUTTON,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER M. MORRIS, CRAIG L. LEONG, STEVEN D. FERRAZ, and DOES 1-25, inclusive,<br><br>　　Defendants. | Case No. C10-4563 SBA<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DESIGNATION AND DISCOVERY CUT-OFF DATES**<br><br>Trial Date: September 24, 2012 |

The parties, by and through their respective counsel of record, hereby agree and stipulate as follows:

The parties agree and stipulate to continue the expert designation, expert rebuttal, and expert discovery deadlines as follows:

Designation of Experts by plaintiff and defendants from March 16, 2012 to April 6, 2012;

Rebuttal of Experts from March 30, 2012 to April 20, 2012; and

Expert discovery cut-off from April 27, 2012 to May 18, 2012.

Good cause for this extension exists for the following reasons. Plaintiff's counsel will be in trial beginning February 27, 2012 and, given the time constraints created by that obligation, this stipulation will enable more efficient and productive expert discovery.

Therefore, the parties agree and stipulate that good cause exists to continue the expert designation date to April 6, 2012; the disclosure of rebuttal experts until March 30, 2012; and the expert discovery cut-off until May 18, 2012.

Dated:  January 31, 2012

                          HELBRAUN LAW FIRM

                          By:         //s//
                                 DAVID M. HELBRAUN

                                 Attorneys for Plaintiff
                                 SPENCER SUTTON

Dated:  January 31, 2012

                                 DENNIS J. HERRERA
                                 City Attorney
                                 JOANNE HOEPER
                                 Chief Trial Deputy
                                 BLAKE LOEBS
                                 MICHAEL GERCHOW
                                 Deputy City Attorneys


                          By:         //s//
                                 MICHAEL GERCHOW

                                 Attorneys for Defendants
                                 CITY AND COUNTY OF SAN FRANCISCO
                                 OFFICERS CHRISTOPHER M. MORRIS,
                                 CRAIG L. LEONG, AND STEVEN D. FERRAZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:2/1/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE