1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPENCER SUTTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, POLICE OFFICER CHRISTOPHER M. MORRIS, in his individual and official capacities, POLICE OFFICER CRAIG L. LEONG, in his individual and official capacities, POLICE OFFICER STEVEN D. FERRAZ, in his individual and official capacities, and DOES 1-25, Jointly and Severally,<br><br>　　　　　Defendants. | Case No:  C 10-4563 SBA<br><br>**ORDER SCHEDULING HEARING** |

　　　　IT IS HEREBY ORDERED THAT a hearing on the Helbraun Law Firm's motion to withdraw as counsel of record for Plaintiff Spencer Sutton (Dkt. 58) is scheduled for June 19, 2012 at 1:00 p.m.

　　　　IT IS SO ORDERED.

Dated: 6/13/12

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge