DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
351 California Street, Suite 900
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
SPENCER SUTTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER SUTTON,<br><br>        Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, POLICE OFFICER CHRISTOPHER M. MORRIS, in his individual and official capacities, POLICE OFFICER CRAIG L. LEONG, in his individual and official capacities, POLICE OFFICER STEVEN D. FERRAZ, in his individual and official capacities, and DOES 1-25, Jointly and Severally,<br><br>        Defendants. | No. CV 10-4563 SBA<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND SEALING RECORD OF HEARING** |

      The Motion to Withdraw as Plaintiff's Counsel filed by David M. Helbraun on April 10, 2012, came on for telephonic hearing at 1:15 p.m. on June 19, 2012, the Honorable U.S. District Court Judge Saundra Brown Armstrong presiding. A Statement of Non-Opposition was filed on behalf of defendants. Plaintiff Spencer Sutton submitted a later dated May 24, 2012, and a letter from David Barrett dated May 29, 2012, in opposition to the motion.

      David M. Helbraun, Esq. appeared on behalf of himself, the moving party, via telephone. Mr. Sutton appeared by telephone. Mr. Sutton consented to discuss attorney-client privileged communications for the limited purpose of addressing issues raised by this Motion, and the Court indicated that the transcript of the hearing would be sealed based upon attorney-client confidentiality.

      THE COURT, having read the parties' written statements, and having heard moving

party's argument and the response of Plaintiff Spencer Sutton, and having considered and weighed the facts and issues presented,

THE COURT FINDS that good cause exists to grant the motion under California Rules of Professional Conduct Rule 3-700(C) and the Civil Local Rules of the Northern District of California Rule 11-5, in that the attorney client relationship has irretrievably broken down.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED. The Court gives Plaintiff 60 days to locate new counsel. Current counsel will continue to receive filings for plaintiff and forward them to Plaintiff for the next 60 days, or until new counsel appears on Plaintiff's behalf.

IT IS HEREBY FURTHER ORDERED that the transcript of the record of the hearing on this motion is sealed and may not be obtained by anyone other than plaintiff and his counsel.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE