UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPENCER SUTTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, POLICE OFFICER CHRISTOPHER M. MORRIS, in his individual and official capacities, POLICE OFFICER CRAIG L. LEONG, in his individual and official capacities, POLICE OFFICER STEVEN D. FERRAZ, in his individual and official capacities, and DOES 1-25, Jointly and Severally,<br><br>　　　　　Defendants. | Case No:  C 10-4563 SBA<br><br>**ORDER**<br><br>Docket 81. |

　　　　The parties are presently before the Court on Defendants' administrative motion, which requests clarification of this Court's June 20, 2012 Order granting the Helbraun Law Firm's motion to withdraw as counsel of record for Plaintiff Spencer Sutton ("Plaintiff"). Dkt. 80.  Specifically, Defendants request clarification as to whether the Court intended to impose a stay during the 60-day period in which Plaintiff was given to secure new counsel. Further, in the event that the Court intended to stay this matter during the 60-day period, Defendants request additional time to complete expert discovery and to file a motion for summary judgment.

　　　　While the June 20, 2012 Order gives Plaintiff 60 days to obtain new counsel, it does not specifically state whether this action is stayed during the 60-day period.  The Court clarifies that it intended to stay this matter during the 60-day period.  As for Defendants' request for additional time to complete expert discovery and to file a motion for summary judgment, the Court finds that good cause exists to modify the pretrial scheduling order.

1  The deadline to complete expert discovery is extended from August 31, 2012 to September
2  14, 2012.  The motion cut-off deadline is extended from October 23, 2012 to November 6,
3  2012.  All other deadlines in the pretrial scheduling order shall remain the same.  This
4  Order terminates Docket 81.

5       IT IS SO ORDERED.

6  Dated: 8/17/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge